IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN TIMOTHY CHADWICK CROSS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:22-CV-224-WHA-CSC |
| ) | |
| NURSE HEAD - MEDICAL, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On July 21, 2022, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 10. There being no objection filed to the Recommendation, and after an independent review of the file and upon consideration of the Recommendation, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 10) is ADOPTED.

2. Plaintiff's claims against "Staff at Russell County Jail" are DISMISSED with prejudice under 1915(e)(2)(B)(i).

3. Plaintiff's claims against Defendants Head, Taylor, Johnson, and Weatherly are DISMISSED without prejudice under 1915(e)(2)(B)(ii).

4. This case is DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i–ii).

Final Judgment will be entered separately.

Done, this 11th day of August 2022.

                                    /s/ W. Harold Albritton
                                  W. HAROLD ALBRITTON
                                  SENIOR UNITED STATES DISTRICT JUDGE